EDWARD E. EHRENKRANTZ v. WILLIAM GRAULICH, III.

February 4, 1976. Petition for certification denied.

TOWNSHIP OF SPRINGFIELD v. K. EUGENE PEDERSEN.

February 4, 1976. Petition for certification granted.

VORNADO, INCORPORATED v. HAZLET INN CORPORATION.

February 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. McARTHUR CORBITT.

February 18, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. RUSSIAN MADDOX.

January 29, 1976. Petition for certification is granted and the judgment of the Appellate Division is reversed and the judgment of the trial court as to sentence is reinstated.

EAST BRUNSWICK ASSOCIATES INVESTMENTS, INC. v. ARCHIE SCHWARTZ COMPANY.

January 29, 1976. Petition for certification is granted; and the matter is remanded to the trial court.